## ASSIGNMENT

FOR GOOD AND VALUABLE CONSIDERATION, I, JOHN A. CIAMPA, HEREBY ASSIGN all right, title, and interest worldwide in and to the invention described in U.S. Patent No. 5,247,356 issued on September 21, 1993, entitled "Method and Apparatus for Measuring Land", and in and to said U.S. patent application and all applications that may be filed on said invention anywhere in the world, including any and all divisions, reissues, continuations and extensions thereof and in and to any Letters Patent, Inventors' Certificates, Design Registrations, Industrial Models, Utility Models and all other forms of protection that may be granted thereon worldwide, to PICTOMETRY, INC. a New York corporation (the "Assignee"). I request that all Letters Patent, Inventors' Certificates, Design Registrations, Industrial Models, Utility Models and all other forms of protection on said invention be issued to the Assignee, and I agree to cooperate fully in obtaining and enforcing patent protection for said invention, including communicating any facts relating to said invention, signing lawful papers, and at the request and expense of the Assignee, testifying in legal proceedings.

Dated: September 5, 1997

_____
JOHN A. CIAMPA

STATE OF NEW YORK    )
                     )    ss:
COUNTY OF MONROE     )


On this 5th day of September, 1997, before me personally came John A. Ciampa, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and the above-named person acknowledged to me that he executed the same of his own free will and for the purposes therein set forth.


_____
Notary Public

LISA ANN MATTHEWS
Notary Public, State of New York
Qualified in Monroe County
Commission Expires April 30, 1998

## ASSIGNMENT

WHEREAS, **Pictometry, Inc.**, with its principal place of business at 100 Town ntre Drive, Suite A, Rochester, New York 14623, desires to assign the entire right, title and erest in and to the said issued patent 5,247,356, issued September 21, 1993;

AND WHEREAS, **Pictometry International Corp.**, a New York State corporation, th its principal place of business at 100 Town Centre Drive, Suite A, Rochester, New York 623, desires to acquire the entire right, title and interest in and to the said issued patent !47,356, issued September 21, 1993.

NOW, THEREFORE, for good and valuable consideration, including the sum of One illar ($1) and more, the receipt of which is hereby acknowledged, **Pictometry, Inc.**, does reby acknowledge that **Pictometry, Inc.** has sold, assigned, transferred and set over, and these presents does hereby sell, assign, transfer and set over, unto **Pictometry ternational Corp.**, its successors, legal representatives and assigns, the entire right, title d interest throughout the world in, to and under the said improvements, and the said plications and issued patents and all divisions, renewals and continuations thereof, and all tters Patent of the United States which may be granted thereon and all reissues and tensions thereof, and all rights of priority under International Conventions and applications r Letters Patent which may hereafter be filed for said improvements in any country or untries foreign to the United States, and all Letters Patent which may be granted for said iprovements in any country or countries foreign to the United States and all extensions, iewals and reissues thereof; and **Pictometry, Inc.** hereby authorizes and requests the immissioner of Patents of the United States, and any Official of any country or countries reign to the United States, whose duty it is to issue patents on applications as aforesaid, to iue all Letters Patent for said improvements to the said **Pictometry International Corp.**, successors, legal representatives and assigns, in accordance with the terms of this strument.

36779.1 (99730/1)

- 2 -

AND **Pictometry, Inc.** HEREBY covenants and agrees that **Pictometry, Inc.** will nmunicate to **Pictometry International Corp.,** its successors, legal representatives and .igns, any facts known to us respecting said improvements and testify in any legal )ceeding, sign all lawful papers, execute all divisional, continuing and reissue applications, ike all rightful oaths and generally do everything possible to aid **Pictometry International** irp., its successors, legal representatives and assigns, to obtain and enforce proper patent )tection for said improvements in all countries.

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this _11th_ day of 'nuary __, 2001.

PICTOMETRY, INC.

Michael J. Neary
Corporate Secretary

'ATE OF NEW YORK
)UNTY OF MONROE SS:

This 11th day of _January_, 2001, before me personally came the above-named ichael J. Neary, to me personally known as the individual who executed the same of his vn free will for the purposes therein set forth.

Notary Public

MARLENE A. KERR
Notary Public, State of New York
No. 01KE4769571
Qualified in Ontario County
Certificate Filed in Ontario County
Commission Expires Aug. 31, 20___

36779.1

**RECORDED: 01/17/2001**

**PATENT**
**REEL: 011449 FRAME: 0775**

# ASSIGNMENT

WHEREAS, **Pictometry, Inc.**, with its principal place of business at 100 Town Centre Drive, Suite A, Rochester, New York 14623, desires to assign the entire right, title and interest in and to the said issued patent 5,247,356, issued September 21, 1993;

Delaware M

AND WHEREAS, **Pictometry International Corp.**, a ~~New York State~~ corporation, with its principal place of business at 100 Town Centre Drive, Suite A, Rochester, New York 14623, desires to acquire the entire right, title and interest in and to the said issued patent 5,247,356, issued September 21, 1993.

NOW, THEREFORE, for good and valuable consideration, including the sum of One Dollar ($1) and more, the receipt of which is hereby acknowledged, **Pictometry, Inc.**, does hereby acknowledge that **Pictometry, Inc.** has sold, assigned, transferred and set over, and by these presents does hereby sell, assign, transfer and set over, unto **Pictometry International Corp.**, its successors, legal representatives and assigns, the entire right, title and interest throughout the world in, to and under the said improvements, and the said applications and issued patents and all divisions, renewals and continuations thereof, and all Letters Patent of the United States which may be granted thereon and all reissues and extensions thereof, and all rights of priority under International Conventions and applications for Letters Patent which may hereafter be filed for said improvements in any country or countries foreign to the United States, and all Letters Patent which may be granted for said improvements in any country or countries foreign to the United States and all extensions, renewals and reissues thereof; and **Pictometry, Inc.** hereby authorizes and requests the Commissioner of Patents of the United States, and any Official of any country or countries foreign to the United States, whose duty it is to issue patents on applications as aforesaid, to issue all Letters Patent for said improvements to the said **Pictometry International Corp.**, its successors, legal representatives and assigns, in accordance with the terms of this instrument.

- 2 -

AND **Pictometry, Inc.** HEREBY covenants and agrees that **Pictometry, Inc.** will communicate to **Pictometry International Corp.**, its successors, legal representatives and assigns, any facts known to us respecting said improvements and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid **Pictometry International Corp.**, its successors, legal representatives and assigns, to obtain and enforce proper patent protection for said improvements in all countries.

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this _11th_ day of _January_, 2001.

PICTOMETRY, INC.

Michael J. Neary
Corporate Secretary

STATE OF NEW YORK
COUNTY OF MONROE SS:

This _11th_ day of _January_, 2001, before me personally came the above-named **Michael J. Neary**, to me personally known as the individual who executed the same of his own free will for the purposes therein set forth.

Marlene A. Kerr
Notary Public

MARLENE A. KERR
Notary Public, State of New York
No. 01KE4769571
Qualified in Ontario County
Certificate Filed in Ontario County
Commission Expires Aug. 31, 20___

R436779.1

**PATENT**